1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11    JAMAL KING,                          Case No. CV 15-09514 ODW (AFM)

12                    Petitioner,
                                           **JUDGMENT**
13
            v.
14
      STU SHERMAN, Warden,
15
                    Respondent.
16

17

18          In accordance with the Order Denying Motion for Stay and Abeyance of

19    Federal Proceedings and Summarily Dismissing Matter Without Prejudice filed

20    herein,

21          IT IS HEREBY ADJUDGED that this action is summarily dismissed without

22    prejudice.

23

24    DATED:  12-18-15

25

26                                         _____

27                                         OTIS D. WRIGHT, II
                                           UNITED STATES DISTRICT JUDGE
28